UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DANIEL DIANDA,<br><br>　　　　　　Defendant. | Case Number: **19-CR-3291-WQH**<br><br>**ORDER** |

IT IS HEREBY ORDERED, based upon the foregoing motion and good cause shown, that the Motion Hearing date of DANIEL DIANDA, in the above-entitled case be and is hereby continued from September 30, 2019 at 2:00p.m. to October 28, 2019, at 2:00 p.m. Time is excluded under the Speedy Trial Act.

**SO ORDERED.**

Dated: September 24, 2019

_William Q. Hayes_
Hon. William Q. Hayes
United States District Court

1